UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAWANNA KINDLE BROWN, *et al.*,<br><br>   Plaintiff,<br><br>   v.<br><br>SURI HURLEY, LLC,<br><br>   Defendant. | Case No.  2:22-cv-01057-JDP |

On August 21, 2023, the court denied defendant's motion to dismiss plaintiffs' first amended complaint.  ECF No. 24.  Defendant failed to answer the complaint within fourteen days after the court denied the motion to dismiss, as is required by Federal Rule of Civil Procedure 12(a)(4)(A).  Defendant shall file an answer within fourteen days of this order's entry.

Accordingly, it is hereby ORDERED that:

1. Within fourteen days of issuance of this order defendant shall file an answer to plaintiff's first amended complaint.

2. Failure to comply with this order may result in the imposition of sanctions, including a recommendation that defendant's default be entered.  *See* E.D. Cal. L.R. 110.

1

IT IS SO ORDERED.

Dated:    October 5, 2023

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE